### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CHURCH MUTUAL INSURANCE**
**COMPANY**                                                                              **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 4:06CV40LR**

**MARCELA EVINS, SR. and**
**EVELYN EVINS**                                                                      **DEFENDANTS**

### ORDER

This matter came before the court on the Motion to Consolidate Cases that was filed by the Plaintiff, which seeks to consolidate this case with the case styled *Marcela Evins, Sr. and Evelyn Evins v. Church Mutual Insurance Co.*, 4:06cv48LR. The cases involve the same issues, and the second case was removed from state court shortly after the first case was filed, so they are in the same procedural posture. Consolidation will have no effect on jurisdiction, and the Defendants do not object to the Motion. For all of these reasons, the undersigned is of the opinion that these cases should be consolidated for all purposes, in accordance with Fed. R. Civ. P. 42(a). Pursuant to Unif. Local R. 42.1, the cases will be consolidated into this matter, which bears the lower docket number.

IT IS, THEREFORE, ORDERED that this case be consolidated with the case styled *Marcela Evins, Sr. and Evelyn Evins v. Church Mutual Insurance Co.*, 4:06cv48LR. The consolidated case will be styled *Church Mutual Insurance Co., Plaintiff/Counter-Defendant v. Marcela Evins, Sr. and Evelyn Evins, Defendants/Counter-Claimants*, 4:06cv40LR.

IT IS SO ORDERED, this the 17th day of April, 2006.

                                                                        S/John M. Roper
                                         UNITED STATES MAGISTRATE JUDGE