IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **CHURCH MUTUAL INSURANCE COMPANY** | **PLAINTIFF/COUNTER-DEFENDANT** |
| **VS.** | **CAUSE NO. 4:06CV40LR** |
| **MARCELA EVINS, SR. and EVELYN EVINS** | **DEFENDANT/COUNTER-PLAINTIFF** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' joint *ore tenus* motion for a dismissal of the referenced action with prejudice. The Court, having been advised that the parties have entered into a settlement agreement, finds that the parties *ore tenus* motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-referenced action is hereby dismissed with prejudice, with the parties bearing their respective costs and attorneys' fees.

SO ORDERED, this 15th day of June, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ C. York Craig, III                    /s/ Charles W. Wright, Jr.
*Attorney for Plaintiff/Counter-Defendant*   *Attorney for Defendant/Counter-Plaintiff*

G:\Users\712\church mutual order.wpd